**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6218**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MICHAEL NATHANIEL RIGBY, a/k/a James Anthony
Hardy,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.
(CR-97-145, CA-98-1078-2)

---

Submitted:  April 27, 1999              Decided:  May 21, 1999

---

Before WIDENER, HAMILTON, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael Nathaniel Rigby, Appellant Pro Se. Scott A. Memmott, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Rigby</u>, Nos. CR-97-145; CA-98-1078-2 (E.D. Va. Jan. 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>